# EXHIBIT "A"



# EXHIBIT "B"

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-321-923**

**Effective Date of Registration:**
April 05, 2018

---

**Copyright Registration for a Group of Unpublished Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

**Title of Group:**   Unpublished photographs of Meghan Markle taken by Vicki Conrad Dlugolecki between Nov-93 and Jun-99

**Number of Photographs in Group:**   6

- **Individual Photographs:**   Meghan_Markle_1996_Dec_ImmaculateHeartHS__XmasDance1_Grade10.jpg

   Meghan_Markle_1996_Dec_ImmaculateHeartHS__XmasDance2_Grade10.jpg

   Meghan_Markle_1997_Dec_ImmaculateHeartMS__XmasDance_Grade11.jpg,
   Meghan_Markle_1998_April_ImmaculateHeartHS_Prom1_Grade11.jpg,
   Meghan_Markle_1998_April_ImmaculateHeartHS_Prom2_Grade11.jpg,
   Meghan_Markle_1999_April_ImmaculateHeartHS_Prom_Grade12.jpg,

### Completion/Publication

**Year of Completion:**   1999

### Author

- **Author:**   Vicki Conrad Dlugolecki
   **Author Created:**   photographs
   **Work made for hire:**   Yes
   **Citizen of:**   United States
   **Year Born:**   1954

### Copyright Claimant

**Copyright Claimant:**   Vicki Conrad Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

# EXHIBIT "C"

# Meghan Markle's 'ageless' high school prom photo has wowed royal fans

Lauren Clark, Yahoo Style UK · December 10, 2019



Royal fans can't believe how little Meghan Markle has aged since her school days [Image: Getty]

It may have been taken 22 years ago - but royal fans say Meghan Markle still looks exactly the same as she does in an unearthed school dance photo.

An old snap of the Duchess of Sussex, now 38, showing her as a teenager has resurfaced on Instagram.

The image - taken in 1997 - shows Prince Harry's future wife, aged 16, posing with her then-boyfriend Luis Segura.

She wears a slinky black dress with a choker, and wore her hair in an up-do similar to the style she regularly sports on engagements.

**READ MORE:** Duchess of Sussex 'will use six-week break to plan US launch of Sussex Royal Foundation'

The young couple can be seen beaming as they stand in front of a Christmas tree.

 At the time, Meghan was attending Immaculate Heart High School.

The caption, accompanying the picture online, reads: "16 year old Meghan Markle [poses] with her first boyfriend Luis Segura at a high school Christmas dance in 1997".

Since being shared, the post has received more than 63,000 'likes' - and many social media users were amazed at how little the Duchess appears to have aged.







View More on Instagram

65,170 likes
velvetcoke
16 year old Meghan Markle posing with her first boyfriend Luis Segura at a high school Christmas dance in 1997
View all 888 comments
Add a comment...



What to Read Next



First child death from mysterious COVID-19-related illness is



The 20 Hottest Mother's Day Gifts of 2020



NOT REAL NEWS: A look at what didn't happen this week



Judge refuses to throw out charges against Lori Loughlin in college



New Yahoo News/YouGov coronavirus poll:



She's The Largest Athlete In The World & Gorgeous



Without any evidence, Trump says coronavirus will go



Quarantine hair help: How to hide roots better than a tree



# EXHIBIT "D"

## EXHIBIT B



ENTERTAINMENT | CELEBRITY NEWS

## These Rare Meghan Markle Yearbook Photos Prove She's Always Been Royal

BY CHRISTOPHER ROSA
NOVEMBER 30, 2017 12:22 PM



PHOTO: CHRIS JACKSON

It seems like Meghan Markle is everywhere right now—because she kind of is. The former *Suits* actress announced her engagement to Prince Harry earlier this week, and people have been obsessing over her ever since. Well, actually, they've been enamored for longer than that: After news of Markle and Prince Harry dating broke in October 2016, she's been a constant tabloid figure. The actual engagement has certainly upped the ante, though, because it makes things official. She's *really* going to be a full-fledged royal, people!

But if you know anything about Markle's past, then you shouldn't be surprised. Markle's been destined for royalty ever since her high school days. She was homecoming queen, after all, and her yearbook photos prove she's always had that crown-jewel spark. Take a look at these rare throwback pics and see so for yourself.

Have you ever seen a more glamorous yearbook headshot than this? Where the hell was her crown?

5/25/2018

Meghan Markle's Yearbook Photos Belong in a Damn Museum | Glamour



PHOTO: SETH POPPEL/YEARBOOK LIBRARY NOTE

And look at this! Someone literally wrote "classy girl" over one of her photos. Hmmm...class. Kind of like the royal class, no?



PHOTO: SETH POPPEL/YEARBOOK LIBRARY NOTE

And here she is perched at the top of her class photo like the queen—erm, duchess—she was born to be.



PHOTO: SETH POPPEL/YEARBOOK LIBRARY NOTE

Markle may've always been regal, but her knowledge of the Royal Family was minimal before she met Prince Harry. "Because I'm from the States, you don't grow up with the same understanding of the Royal Family," she said in her first sit-down interview with Prince Harry on Monday. "While I now understand very clearly there's a global interest there, I didn't know much about [Prince Harry]."

Markle and Prince Harry will tie the knot next spring at St George's Chapel, Windsor Castle.

**Related Stories:**

Meghan Markle and Prince Harry Joke Around in New Behind-the-Scenes Footage

Prince Harry and Meghan Markle's Wedding Date Has Been Announced

This Is Exactly How Prince Harry Proposed to Meghan Markle

# EXHIBIT "E"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayla Teigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-084-837

**Effective Date of Registration:**
December 02, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work:   Megan_Markle_Aug1998_ImmaculateHeartHS_YBKportrait_Grade12

## Completion/Publication

Year of Completion:   1998
Date of 1st Publication:   May 22, 1999
Nation of 1st Publication:   United States

## Author

Author:   John Boles Dlugolecki
Author Created:   photograph
Citizen of:   United States
Domiciled in:   United States
Year Born:   1953

## Copyright Claimant

Copyright Claimant:   John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

## Rights and Permissions

Organization Name:   Dlugolecki Photography
Name:   John Boles Dlugolecki
Email:   dlugoleckiphotography@gmail.com
Telephone:   (818)848-0148xstudio
Alt. Telephone:   (818)422-0148xcell
Address:   918 Bethany Road
Burbank, CA 91504 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teigh Clayeth*

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-098-561**
Effective Date of Registration:
April 04, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   May 22, 1998 to May 22, 1998

### Title _____

| | |
|---|---|
| Title of Group: | Photographs taken of Meghan Markle published in 1998 |
| Number of Photographs in Group: | 2 |

### Completion/Publication _____

| | |
|---|---|
| Year of Completion: | 1998 |
| Earliest Publication Date in Group: | May 22, 1998 |
| Latest Publication Date in Group: | May 22, 1998 |
| Nation of First Publication: | United States |

### Author _____

| | |
|---|---|
| Author: | John Boles Dlugolecki |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Year Born: | 1953 |

### Copyright Claimant _____

| | |
|---|---|
| Copyright Claimant: | John Boles Dlugolecki |
| | 918 Bethany Road, Burbank, CA, 91504, United States |

### Rights and Permissions _____

| | |
|---|---|
| Name: | John Boles Dlugolecki |
| Email: | dlugoleckiphotography@gmail.com |
| Telephone: | (818)848-0148xstudio |
| Alt. Phone: | (818)422-0148xcell |
| Address: | 918 Bethany Road |
| | Burbank, CA 91504 United States |

Page 1 of 2

EXHIBIT "F"



Close Ad | ✕

Can I find a partner with
resources I need now?

With Capital Group,
I can.

SEE MORE

CAPITAL
GROUP®
AMERICAN
FUNDS®

## hese Rare eghan Markle earbook Photos rove She's Always een Royal

Christopher Rosa
Glamour · November 30, 2017



Meghan Markle is the most famous woman in the world right now, which is why these rare yearbook photos of her belong in a museum. See them now.

Quote Lookup

Recently Viewed >

Your list is empty.



There's bad
law out there.
Make sure you can spot it
with Westlaw Edge.™

Learn more

THOMSON REUTERS

What to Read Next

Photos: Courtesy.

It seems like Meghan Markle is everywhere right now—because she kind of is. The former *Suits* actress announced her engagement to Prince Harry earlier this week, and people have been obsessing over her ever since. Well, actually, they've been enamored for longer than that: After news of Markle and Prince Harry dating broke in October 2016, she's been a constant tabloid figure. The actual engagement has certainly upped the ante, though, because it

Maps: The historic, ongoing coronavirus
lockdown of the United States
Yahoo Finance

Home   Mail   News   Finance   Sports   Entertainment   Search   Mobile   More...

Search for news, symbols or compan

Sign in   Mail

**Finance Home**   Coronavirus   Watchlists   My Portfolio   Screeners   Markets   News

Premium - Try it free

yearbook photos prove she's always had that crown-jewel spark. Take a look at these rare throwback pics and see so for yourself.

**Biggest Transfer of Wealth in US History Has Begun**
Stansberry Research  Ad

Have you ever seen a more glamorous yearbook headshot than this? Where the hell was her crown?

And look at this! Someone literally wrote "classy girl" over one of her photos. Hmmm…class. Kind of like the royal class, no?

And here she is perched at the top of her class photo like the queen —erm, duchess—she was born to be.

Markle may've always been regal, but her knowledge of the British royal family was minimal before she met Prince Harry. "Because I'm from the States, you don't grow up with the same understanding of the royal family," she said in her first sit-down interview with Prince Harry on Monday. "While I now understand very clearly there's a global interest there, I didn't know much about [Prince Harry]."

**Mobile Banking app Chime sees record num of new account openings**
Yahoo Finance Video

Markle and Prince Harry will tie the knot next spring at St George's Chapel, Windsor Castle.

Related:



The Historic Timeline of Each Royal Engagement Throughout the Years

Yahoo Finance

*This story originally appeared on* Glamour.

**More from Glamour:**

13 Celebrities Who Have Hot Siblings

34 Times Kate Middleton and Prince William Gave Us Major Relationship Goals

**25 of the Most Paused Moments in Movie History**
DirectExpose  Ad

17 Magnificent Engagement Rings Fit for Rock Stars, Royalty, or Real Housewives

Here's How Much the Apartments in Friends, The Big Bang Theory, Sex and the City, and More Would Really Rent For

Home   Mail   News   Finance   Sports   Entertainment   Search   Mobile   More...

Search for news, symbols or compan

Sign In   Mail

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Markets   News

Premium - Try It free

## Compare Bank Accounts

Initial Deposit

$25,000

MONEY MARKET

**BMO**
BMO Harris Bank

APY
**1.75%**

Min Balance for APY
**$5,000**

FDIC Insured   Enjoy peace of mind with an FDIC insured Money Ma

ACCELERATE SAVINGS

**citi**

APY
**1.60%**

Min Balance for APY
**$0**

FDIC Insured   1.60% APY & no min deposit. Rate available in select m

ONLINE SAVINGS ACCOUNT

**ally.**

APY
**1.50%**

Min Balance for APY
**$0**

FDIC Insured   Consistently Competitive Rates. Ally Bank, Member FD

As of: 04/19/2020

Disney just slashed the prices on a bunch of
feel-good movies for this weekend: Down to
$5 each—save up to $15 off
Yahoo Entertainment

💬 View reactions (132)

Sign in to post a message.

**EXHIBIT "G"**

7:59 AM  Tue Apr 14                                                    🛜 ⚡ 48% 🔋

‹        📖    ≡       🔒 sports.yahoo.com        ↻    ⬆    +    ⧉

iPad User Guide    MTA On The Go    The Hartford    The JC    Eagle Landing II

ℹ Teri    Pandemic...    Elton John...    NY.gov ID...    Get Rid of...    Brisket Re...    Shopping...    ⚙ These...

✕   [S]   **Yahoo Sports: Live Sports News**                                              View
yahoo!    Yahoo
         ★ ★ ★ ★ ★
         GET — On the App Store

**yahoo!sports**                                            See in App  👤

Home   Coronavirus   #WeKeepPlaying   Fantasy   NFL   NBA   MLB   NHL   Soccer   Sportsbook   NCAAF   Videos   Podcasts   NCAAB

# These Rare Meghan Markle Yearbook Photos Prove She's Always Been Royal

[G] Christopher Rosa
    Glamour Nov 30, 2017, 1:01 PM

▷ ✕

SHOP NOW
CLOTHING MONSTER



Meghan Markle is the most famous woman in the world right now, which is why these rare yearbook photos of her belong in a museum. See them now.

Photos: Courtesy.

It seems like Meghan Markle is everywhere right now—because she kind of is. The former *Suits* actress announced her engagement to Prince Harry earlier this week, and people have been obsessing over her ever since. Well, actually, they've been enamored for longer than that: After news of Markle and Prince Harry dating broke in October 2016, she's been a constant tabloid figure. The

What to Read Next


**XFL files for bankruptcy, with Bob Stoops among largest creditors**


**Talk Online with Real CPAs & EAs On Demand**



EXHIBIT "H"

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    MORE          Sign up for Yahoo Life's daily newsletter

**yahoo!life**                                                                                      Sign in

Life       Coronavirus       Well-being       Parenting       Style & Beauty       Watch

In an emergency, you can give them something to count on.

Just 63¢ a day can help save animals.

DONATE NOW

ASPCA

GLAMOUR

# These Rare Meghan Markle Yearbook Photos Prove She's Always Been Royal



Countless animals still need you.

Help rescue animals every month of the year: Become an ASPCA Guardian for just 63¢ a day.

MAKE A MONTHLY GIFT

ASPCA

**Christopher Rosa**
November 30, 2017, 1:03 PM EST

Photos: Courtesy.

**TRENDING**

1. How zoos can help us learn about coronavirus

2. Is it time to see other people? Doctors share advice on expanding your quarantine circle