USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
VICKI CONRAD & JOHN DLUGOLECKI, :
:
Plaintiffs,:
: 1:20-cv-8638-GHW
-against- : ORDER
:
OATH INC., :
:
Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the June 9, 2021 teleconference, the claims asserted by Plaintiff Dlugolecki are severed from the claims asserted by Plaintiff Conrad. As stated on the record during the June 25, 2021 teleconference, the complaint for the severed claims is to be filed in the new action no later than July 2, 2021. Plaintiff is directed to email the civil cover sheet, the complaint, and a statement of relatedness to Case_Openings@nysd.uscourts.gov. If Plaintiff's counsel has questions, he is welcome to contact Case Openings at (212) 805-0632. The deadline for Defendant to answer that complaint and the December 23, 2020 amended complaint, Dkt. No. 19, is July 16, 2021.

The Clerk of Court is directed to open a new action for the claims asserted by Plaintiff Dlugolecki and to file this order in the new action at Dkt. No. 1.

SO ORDERED.

Dated: June 30, 2021
New York, New York

GREGORY H. WOODS
United States District Judge